FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2008

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00620-BNB

DAVID BAXTER (RICHIE A. HILL),

    Plaintiff,

v.

B.O.P.,
U.S.P. MARION, and
SPRINGFIELD MENTAL HOSPITAL,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary, Administrative Maximum, at Florence, Colorado. Plaintiff initiated this action by filing *pro se* a Prisoner Complaint alleging that his rights under the United States Constitution have been violated. In an order filed on March 26, 2008, the court entered an order directing the clerk of the court to commence this civil action and directing Plaintiff to cure certain deficiencies if he wished to pursue his claims. One of the deficiencies was the fact that the names of the Defendants listed in the caption of the Prisoner Complaint did not match the names of the Defendants listed in the text of the Prisoner Complaint. On April 17, 2008, Plaintiff submitted to the court a document that consists of the last six pages of the court's Prisoner Complaint form. That document has been filed and docketed as a Supplement/Amendment to the original Prisoner Complaint.

The court must construe the papers filed by Plaintiff liberally because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Plaintiff will be ordered to file an amended complaint.

The court has reviewed Plaintiff's original Prisoner Complaint and the Supplement/Amendment to the original Prisoner Complaint and finds that they are deficient. First, it still is not clear who Plaintiff is suing in this action because the Defendants listed in the caption of the original Prisoner Complaint are not the same Defendants listed in Section A of the original Prisoner Complaint, the section that describes the parties to the action. The Supplement/Amendment does not clarify who is being sued because that document does not include a caption. Pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, "[i]n the complaint the title of the action shall include the names of all the parties." Pursuant to Rule 10.1J. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, "[p]arties shall be listed in a caption with one party per line. The proper name of a party shall be in capital letters, and any identifying text shall be in upper and lower case immediately following the proper name."

Therefore, Plaintiff will be ordered to file an amended Prisoner Complaint using the complete form that will be provided to him in order to clarify who he is suing in this action. Plaintiff is advised that, in order to state a claim in federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did

it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir. 2007). Plaintiff also must present his claims in a clear and manageable format that allows the court and Defendants to know what claims are being asserted and to be able to respond to those claims. Accordingly, it is

ORDERED that Plaintiff file **within thirty (30) days from the date of this order** an original and sufficient copies of an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED April 21, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00620-BNB

David Baxter aka Richie A. Hill
Reg. No. 20689-018
USP - ADXMAX
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 4-21-08

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk