IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 10 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00620-BNB

DAVID BAXTER (RICHIE A. HILL),

Plaintiff,

v.

THE B.O.P. – U.S.P. MARION,
SPRINGFIELD HOSPITAL,
LT. SAMPLES (U.S.P. Marion),
LT. HUGHES,
LT. LOCKRIDGE,
LT. MANLY (ADX),
S/OFFICER HUMPPRIES (ADX),
JEFF JOHNSON (ADX), and
K. KING, S/Officer (ADX),

Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary, Administrative Maximum, at Florence, Colorado. Plaintiff initiated this action by filing *pro se* a Prisoner Complaint alleging that his rights under the United States Constitution have been violated. In an order filed on March 26, 2008, the court directed the clerk of the court to commence this civil action and directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. One of the deficiencies was the fact that the names of the Defendants listed in the caption of the Prisoner Complaint did not match the names of the Defendants listed in the text of the Prisoner Complaint. On April 17, 2008, Plaintiff submitted to the court a document that

consists of the last six pages of the court's Prisoner Complaint form. That document was filed and docketed as a Supplement/Amendment to the original Prisoner Complaint. On April 21, 2008, the court ordered Plaintiff to file an amended complaint that clarifies who he is suing in this action. On May 13, 2008, Plaintiff filed an amended complaint.

The court must construe the amended complaint filed by Plaintiff liberally because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Plaintiff will be ordered to file a second amended complaint.

The court has reviewed Plaintiff's amended complaint and finds that it still is not clear exactly who Plaintiff is suing in this action. Plaintiff lists what appear to be nine Defendants in the caption of the amended complaint. However, he lists only three Defendants in Section A of the amended complaint, the section that describes the parties to the action and lists each Defendant's address.

Therefore, Plaintiff will be given one final opportunity to clarify who he is suing in this action. Plaintiff is reminded that each Defendant must be named in the caption of the second amended complaint he will be ordered to file. Each Defendant also must be listed in section A of the complaint and Plaintiff must provide an address for each named Defendant. Plaintiff also is reminded that, pursuant to Rule 10.1J. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, "[p]arties shall be listed in a caption with one party per line. The proper name of a party

shall be in capital letters, and any identifying text shall be in upper and lower case immediately following the proper name." Listing only one Defendant per line in the manner specified by the court's local rules allows the court to easily determine who is being sued.

Finally, Plaintiff again is advised that, in order to state a claim in federal court, his second amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir. 2007). Plaintiff also must present his claims in a clear and manageable format that allows the court and Defendants to know what claims are being asserted and to be able to respond to those claims. Accordingly, it is

ORDERED that Plaintiff file **within thirty (30) days from the date of this order** an original and sufficient copies of a second amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to file a second amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED June 9, 2008, at Denver, Colorado.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00620-BNB

Richie A. Hill
Reg. No. 20689-018
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on  6.10.08

                                      GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk