IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00620-BNB

DAVID BAXTER (RICHIE A. HILL),
    Plaintiff,

v.

THE B.O.P., (The Bureau of Prisons),
U.S.P. MARION,
SPRINGFIELD HOSPITAL,
LT. SAMPLES (U.S.P. Marion),
LT. HUGHES,
LT. LOCKRIDGE,
LT. MANLY (ADX),
S/OFFICER HUMPPRIES (ADX),
JEFF JOHNSON (ADX), and
K. KING, S/Officer (ADX),
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary, Administrative Maximum, at Florence, Colorado. Plaintiff initiated this action by filing *pro se* a Prisoner Complaint alleging that his rights under the United States Constitution have been violated. On April 17, 2008, Plaintiff filed a Supplement/Amendment to the original complaint. On May 13, 2008, Plaintiff filed an amended complaint. In an order filed on June 10, 2008, Magistrate Judge Boyd N. Boland ordered Plaintiff to file a second amended complaint that clarifies who he is suing in this action. On July 2, 2008, Plaintiff filed his second amended complaint alleging that his constitutional rights have been violated.

Pursuant to 28 U.S.C. § 1915A, the Court is required to review the second amended complaint because Plaintiff is a prisoner and he is seeking redress from an officer or employee of a governmental entity. The Court must construe the second amended complaint liberally because Plaintiff is not represented by an attorney. *See* **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). If the second amended complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [the Court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." **Hall**, 935 F.2d at 1110. However, the Court should not be an advocate for a *pro se* litigant. *See id.*

Plaintiff claims that he was assaulted on at least four occasions while he was incarcerated at federal prisons in Illinois and Colorado. Plaintiff specifically asserts these claims against the individual Defendants. Plaintiff does not assert any claim or claims against the defendants listed in the caption of the second amended complaint as the B.O.P., U.S.P. Marion, and Springfield Hospital. Furthermore, despite explicit directions from Magistrate Judge Boland to list each named Defendant both in the caption of the second amended complaint and in Section A of the second amended complaint, the section that describes the parties to the action, Plaintiff fails to list any of these three Defendants in Section A of the second amended complaint.

Plaintiff was advised by Magistrate Judge Boland that, in order to state a claim in federal court, his second amended "complaint must explain what each defendant did to

2

him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Therefore, because Plaintiff fails to assert any claim against the defendants listed in the caption of the second amended complaint as the B.O.P., U.S.P. Marion, and Springfield Hospital, those Defendants will be dismissed as parties to this action. The Court will not address at this time the merits of Plaintiff's claims against the individual Defendants. Instead, this action will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that Defendants the B.O.P., U.S.P. Marion, and Springfield Hospital are dismissed as parties to this action. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 16 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00620-BNB

David Baxter aka Richie A. Hill
Reg. No. 20689-018
USP - ADXMAX
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/16/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk