IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00620-MSK-KMT

DAVID BAXTER, a/k/a (RICHIE A. HILL),

    Plaintiff,

v.

LT. SAMPLES (U.S.P. Marion),
LT. HUGHES,
LT. LOCKRIDGE,
LT. MANLY (ADX),
S/OFFICER HUMPPRIES (ADX),
JEFF JOHNSON (ADX), and
K.KING, S/Officer (ADX),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 10 2009

GREGORY C. LANGHAM
                   CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on Defendants Manley, Humphries and Johnson's response to this Court's January 29, 2009 Order requesting further addresses for defendants named in this case. The District Court has previously granted the plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. It now is

**ORDERED** the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the following defendants: **George Samples; Shirlean Hughes; Darryl Lockridge; and Kenneth King.**

If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER **ORDERED** that defendants Samples, Hughes, King and Lockridge or their counsel shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants. It is

FURTHER **ORDERED** that Doc. No. 70 filed under seal on February 4, 2009 which may contain residential addresses for former Bureau of Prisons employees will remain SEALED, except for employees of the United States Marshals Service, until further Order of the Court.

Dated this 10th day of February, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00620-MSK-KMT

David Baxter
a/k/a Richie A. Hill
Reg. No. 20689-018
ADX - Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: George Samples, Shirlean Hughes,
Darryl Lockridge, and Kenneth King,

Susan Prose
Assistant United States Attorney
United States Attorney's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal for service of process on George Samples, Shirlean Hughes, Darryl Lockridge, and Kenneth King: AMENDED COMPLAINT FILED 7/02/08, ORDER FILED 7/16/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/10/09 .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk