IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00620-MSK-KMT

DAVID BAXTER a/k/a Richie A. Hill,

    Plaintiff,

v.

LT. SAMPLES (U.S.P. Marion),
LT. HUGHES,
LT. LOCKRIDGE,
LT. MANLEY (ADX),
S/OFFICER HUMPPRIES (ADX),
JEFF JOHNSON (ADX), and
K. KING, S/Officer (ADX),

    Defendants.

# ORDER

    This matter is before the court on Plaintiff's "Motion to Change Lawsuit Sum" (Doc. No. 42) filed December 18, 2008. The court took this motion under advisement after argument by Plaintiff and Defendants at the hearing held on January 29, 2009.

    The motion is essentially a motion by Plaintiff to amend his complaint to request relief in the amount of $158 million. The Federal Rules of Civil Procedure provide that a party may amend a pleading by leave of court, and that leave shall be given freely when justice so requires. Fed. R. Civ. P. 15(a). Although the federal rules permit and require liberal construction and amendment of pleadings, the rules do not grant the parties unlimited rights of amendment. A

motion to amend may be denied on the grounds of undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

The court finds Plaintiff's motion is futile, as he would not be able to prove damages in the amount of $158 million. Therefore, it is ORDERED that Plaintiff's motion " (Doc. No. 42) is DENIED.

Dated this 11th day of March, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge