IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-00620-CBS-KMT

DAVID BAXTER (RICHIE A. HILL),
 Plaintiff,
v.

LT. SAMPLES (U.S.P. MARION),
LT. HUGHES,
LT. LOCKRIDGE,
LT MANLY (ADX),
S/OFFICER HUMPPRIES (ADX), and
JEFF JOHNSON (ADX),
 Defendants.

_____

ORDER AND ORDER OF REFERENCE
_____

  This civil action comes before the court on several matters.

I. Consent to Proceed by Magistrate Judge

  On April 16, 2009, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 88).  All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-00620-CBS-KMT**.

II. Order of Reference

  The Order of Reference dated July 21, 2008 (doc. # 19) is hereby VACATED.  This

1

matter is now referred to United States Magistrate Judge Kathleen M. Tafoya *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.  No settlement conference is currently set.

III.     Order

1.     The deadlines and settings set forth in the Courtroom Minutes/Minute Order dated January 29, 2009 (doc. # 69) remain unchanged.

2.     Mr. Baxter's "Motion Not to Dismiss Prisoner Complaint" (filed December 19, 2008) (doc. # 45) (docketed by the Clerk of the Court as "Motion (for Order to) Not to Dismiss Trooner Complaint [sic]") is DENIED as a motion and shall be treated as Mr. Baxter's Response to Defendants' Motion to Dismiss (doc. # 36).

3.     Mr. Baxter's "Motion Not to Dismiss Prisoner Complaint" (filed December 19, 2008) (doc. # 46) (docketed by the Clerk of the Court as "Motion (for Order to) Not to Dismiss the Filed Complaint") is identical to doc. # 45 and is therefore DENIED as moot.

DATED at Denver, Colorado, this 20th day of April, 2009.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge