IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-00620-CBS-KMT

DAVID BAXTER (RICHIE A. HILL),
    Plaintiff,
v.

LT. SAMPLES (U.S.P. MARION),
LT. HUGHES,
LT. LOCKRIDGE,
LT MANLY (ADX),
S/OFFICER HUMPPRIES (ADX), and
JEFF JOHNSON (ADX),[1]
    Defendants.

## ORDER

This civil action comes before the court on Defendants' "Unopposed Motion for Leave to Depose Plaintiff" (filed June 17, 2009) (doc. # 102).  On April 16, 2009, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 88).  The court having reviewed the Motion, the entire case file and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that Defendants' "Unopposed Motion for Leave to Depose Plaintiff" (filed June 17, 2009) (doc. # 102) is GRANTED.

DATED at Denver, Colorado, this 17th day of June, 2009.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge

---

[1] While Mr. Baxter has spelled Defendants' Manley's and Humphries' names in his complaint as "Manly" and "Humppries," the correct spellings are Manley and Humphries.